ACCEPTED
05-15-01511-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/11/2015 2:04:07 PM
LISA MATZ
CLERK

Appellate Docket Number: **05-15-01511-CR**

Appellate Case Style: Style: Everett Burton

Vs. State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/11/2015 2:04:07 PM
LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Everett | ☒ Lead Attorney |
| Middle Name: | First Name: Nanette |
| Last Name: Burton | Middle Name: Rene |
| Suffix: | Last Name: Hendrickson |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☒ Public Defender |
| Pro Se: ○ | Firm Name: Dallas County Public Defender's Office |
| | Address 1: 133 North Riverfront Boulevard, Lock Box 2 |
| | Address 2: |
| | City: Dallas |
| | State: Texas   Zip+4: 75207 |
| | Telephone: (214) 653-3582   ext. 2,361 |
| | Fax: (214) 875-236 |
| | Email: nanette.hendrickson@dallascounty.org |
| | SBN: 24081423 |
| | Add Another Appellant/ Attorney |

| **I.  Appellant** | **II.  Appellant Attorney(s)** |
|---|---|
| First Name:  Everett | ☐ Lead Attorney |
| Middle Name: | First Name:  Elissa |
| Last Name:  Burton | Middle Name: |
| Suffix: | Last Name:  Wev |
| Appellant Incarcerated?  ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☒ Public Defender |
| Pro Se:  ◯ | Firm Name:  Dallas County Public Defender's Office |
| | Address 1:  133 North Riverfront Boulevard, Lock Box 2 |
| | Address 2: |
| | City:  Dallas |
| | State:  Texas        Zip+4:  75207 |
| | Telephone:  214-653-3565        ext. |
| | Fax:  214- |
| | Email:  elissa.wev@dallascounty.org |
| | SBN:  24084591 |
| | Add Another Appellant/ Attorney |

| III.   Appellee | IV.   Appellee Attorney(s) |
|---|---|

**III.   Appellee**

First Name:   State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?   ☐ Yes  ☒ No

Amount of Bond:

Pro Se:  ◯

**IV.   Appellee Attorney(s)**

☒ Lead Attorney

First Name:   Susan

Middle Name:

Last Name:   Hawk

Suffix:

☐ Appointed  ☐ Retained  ☒ District Attorney  ☐ Public Defender

Firm Name:   Dallas County District Attorney's Office

Address 1:

Address 2:   133 North Riverfront Boulevard, Lock Box 19

City:   Dallas

State:   Texas          Zip+4:   75207

Telephone:   (214) 653-3625       ext.

Fax:   (214) 653-3643

Email:   DCDAAppeals@dallascounty.org

SBN:   00794284          Add Another Appellee/ Attorney

## V.   Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):   Public Order/Decency

Type of Judgment:   Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:   October 29, 2015

Offense charged:   Possession of Controlled Substance w/intent

Date of offense:   November 20, 2013

Defendant's plea:   Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:   ☒ jury or  ☐ non-jury?

Date notice of appeal filed in trial court:   November 19, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 9 days County Jail

Is the appeal from a pre-trial order?   ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI.   Actions Extending Time To Perfect Appeal

Motion for New Trial:   ☐ Yes  ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No   If yes, date filed:

Other:  ☐ Yes  ☐ No          If yes, date filed:

If other, please specify:

## VII.   Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:   ☒ Yes  ☐ No  ☐ NA     If yes, date filed:

Date of hearing:               ☒ NA

Date of order:   November 23, 2015   ☐ NA

Ruling on motion:  ☒ Granted  ☐ Denied  ☐ NA   If  granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: Criminal County Court No. 7

County: Dallas

Trial Court Docket Number (Cause no):     MB14-75028

Trial Court Judge (who tried or disposed of the case):

First Name: Elizabeth

Middle Name:

Last Name: Crowder

Suffix:

Address 1: 133 N. Riverfront Blvd., 4th floor

Address 2:

City: Dallas

State: Texas          Zip + 4: 75207

Telephone: (214) 653-5660      ext.

Fax:

Email: svahala@dallascounty.org

Clerk's Record:

Trial Court Clerk: ☐ District  ☒ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Dec 11, 2015

If no, date it will be requested:

Were payment arrangements made with clerk? ☐ Yes ☒ No

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Dec 11, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☒ No

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Trashuna

Middle Name:

Last Name: Salaam

Suffix:

Address 1: 133 N. Riverfront Blvd., LB54

Address 2:

City: Dallas

State: Texas          Zip + 4: 75207

Telephone: (214) 653-5666      ext.

Fax:

Email: trashuna.salaam@dallascounty.org

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [blank]                                        Court: [blank]

Style: [blank]

    Vs.    State of Texas

## X.  Signature

Signature of counsel (or Pro Se  Party)                         Date:  December 11, 2015

 

Printed Name:                                                    State Bar No: 24081423

Electronic Signature:  Nanette Rene Hendrickson          Name:  Nanette Rene Hendrickson
    (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  December 11, 2015  .

Signature of counsel (or pro se party)                    Electronic  Signature:  Nanette Rene Hendrickson
    (Optional)

State Bar No.:  24081423

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 11, 2015

Manner Served: Regular Mail

First Name: Susan

Middle Name:

Last Name: Hawk

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: 133 North Riverfront Boulevard, Lock Box 19

Address 2:

City: Dallas

State Texas Zip+4: 75207

Email: DCDAAppeals@dallascounty.org

Cause No. __MA14-75028__

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| VS. | § | COURT NUMBER ___7___ |
| Everett Burton | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_Elizabeth Crowder_       __10-29-2015__
Judge                 Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

(X) _E. Burton_             _EH_
Defendant                      Defendant's Counsel
Mailing Address: _919 S. Weatherred_     State Bar No.: _24084591_
_Richardson TX 75080_     Mailing Address:
Telephone #: _214-283-9369_
Fax # (if any):                     Telephone #:
                                Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 1/2012

Cause No.     MB14-75028

| | | |
|---|---|---|
| **EVERETT BURTON** | ) | **IN THE COUNTY** |
| Appellant | ) | |
| | ) | |
| | ) | **CRIMINAL COURT NO. 7** |
| | ) | |
| **THE STATE OF TEXAS** | ) | |
| Appellee | ) | **DALLAS COUNTY, TEXAS** |

## NOTICE OF APPEAL

Comes now,       EVERETT BURTON,       the Defendant in this Cause, having

been convicted on October 29th, 2015  of Abuse of a Corpse, after a jury trial on the merits

and having been sentenced to 9 days confinement and a $0 fine hereby gives notice of appeal.

SIGNED THIS 19th day of November, 2015.

ELISSA M. WEV
Assistant Public Defender
133 N. Riverfront Blvd., LB2
Dallas, TX 75207
(214) 653 – 3565
State Bar No. 24084591

ATTORNEY FOR DEFENDANT